# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH
### NO. 02-15-00314-CV


ENVIROSURE RESOURCES, LLC                                APPELLANTS
AND LORNE THORNBRUE

V.

FRAC-N-VAC TANKS, LLC                                      APPELLEE

------------

FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY
TRIAL COURT NO. 32644

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: December 23, 2015